## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In     Debtor(s)
Re:    **Nicole Borden**
     713 Stonebridge Terrace
     Lithonia, GA 30058

     **xxx–xx–2416**

Case No.: **18–60012–jrs**
Chapter:  **7**
Judge:  **James R. Sacca**

### ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE(S)

The above–styled case having been dismissed by Order of the Court, it is **ORDERED** that the estate(s) is closed and the Trustee is discharged from and relieved of the trust.

_____

James R. Sacca
United States Bankruptcy Judge

Dated:  August 7, 2018

Form 178